PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2021

SEAN F. McAVOY, CLERK

United States of America )
)
vs )
)
Michael Alan Navratil )

Case No. 2:21CR00141-SMJ-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michael Navratil, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

Additional condition number 28 of the release order (ECF No. 12) requires Mr. Navratil to be restricted to his residence daily between 7 pm to 6 am. Currently, Mr. Navratil is employed at the U.S. Postal Service mail processing warehouse. Due to increased demand at his place of employment, Mr. Navratil will be required to work additional hours that would conflict with his curfew.

Therefore, the undersigned officer respectfully recommends the following modification of Mr. Navratil's release conditions:

**Modified Condition:** Curfew: Defendant shall be restricted to his residence every day from 7 pm to 6 am, unless preapproved by the U.S. Probation Office.

The U.S. Attorney's Office did not object to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11-22-21    _____  11-22-21
Signature of Defendant    Date       Pretrial Services/Probation Officer    Date

Michael Alan Navratil                 Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  11/22/2021
Signature of Defense Counsel           Date

Lorinda Youngcourt

[X]     The above modification of conditions of release is ordered, to be effective on __11/23/21__ .

[ ]     The above modification of conditions of release is <u>not</u> ordered.

_____        __11/23/21__
Signature of Judicial Officer                        Date

James A. Goeke