FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ALAN NAVRATIL,<br><br>　　　　　Defendant. | No.   2:21-cr-00141-SMJ-1<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 24**, is **GRANTED**.

　**A.** Pursuant to Federal Rule of Criminal Procedure 16(d)(1), 18 U.S.C. § 3509, and the parties' stipulation, the parties' proposed Stipulated Protective Order Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 24-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

//

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 23rd day of November 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 2