FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ALAN NAVRATIL,<br><br>Defendant. | No.   2:21-cr-00141-SMJ-1<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation for Protective Order Regarding Identification of Minor Victims Pursuant to 18 U.S.C. § 3509, **ECF No. 23**, and related Motion to Expedite, **ECF No. 25**, are **GRANTED**.

   *A.* Pursuant to Federal Rule of Criminal Procedure 16(d)(1), 18 U.S.C. § 3509, and the parties' stipulation, the parties' proposed Stipulated Protective Order Regulating Identification of Minor Victim or Witness Pursuant to 18 U.S.C. § 3509, **ECF No. 23-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

1  //

2  //

3      **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

4  provide copies to all counsel.

5      **DATED** this 23rd day of November 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 2